UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISRAEL MARTINEZ,

        Plaintiff,

    vs.

CAPITAL ONE BANK, N.A.,

      Defendant(s).

Case No.: 5:26-cv-00044-KK-DTB

**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 25, 2026

By:  _____

Kenly Kiya Kato.

United States District Judge

- 4 -

STIPULATION TO DISMISS